MRS. HAZEL WAGNER GRAND

VS

TOYE BROTHERS AUTO & TAXICAB
COMPANY, INC.

NO. 8920

COURT OF APPEAL

FOR THE PARISH OF ORLEANS

- - - : : :

WILLIAM A. BELL, JUDGE.

- - -

MARCH 19, 1923

3/19/23

347

By WILLIAM A. BELL, Judge.

Plaintiff in this case complains of and has appealed from a judgment awarding damages in the sum of $300.00, for injuries sustained by her while a passenger in a hired taxicab. Defendant has not appealed, hence the issue before us is solely one of facts from which we are to determine the fairness or not of the quantum of damages allowed.

The prayer of the petition is for a judgment of $3,050.00, upon allegations that plaintiff has suffered pain to the extent of $1,000.00, permanent injuries in the amount of $2,000.00 and has incurred a doctor's bill of $50.00. The injuries alleged are pain and suffering during a period of four weeks and permanent disfigurement to the face from scars on forehead and nose. The evidence discloses injuries arising from broken glass--the wind-shield of the taxicab—which cut gashes on the forehead and nose. The evidence is conflicting as to whether the injuries are permanent.

This case is the usual one, wherein doctors have disagreed. The surgeon who attended the plaintiff declares that the injuries were painful in his opinion and that the scars on the forehead and nose will never become effaced though they may possibly diminish, and that the scar on the nose will always be a disfigurement. He also testifies that at the time of the trial (2½ years after the accident) the scars are noticeable. On the other hand the physician testifying for defendant and to whom the plaintiff submitted herself for examination, declares that the wounds of their nature could not have been painful; that while scars are permanent and these in question can be seen, if looked for, that they have faded to a large extent, better than any he has ever seen, and that in from six to eight months more the little evidence that now exists of the scars will have vanished. Under such contradictory evidence from experts, the appellate court will not disturb the findings of the trial judge who heard all witnesses and particularly saw and ascertained the extent and nature of

the physical injuries suffered by plaintiff. We deem it our duty to assume that full justice has been done in this case.

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that the judgment appealed from be and the same hereby is affirmed, at defendant's costs in the lower court and at plaintiff's costs for appeal.

JUDGMENT AFFIRMED.                                    MARCH 19, 1923.